**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT COURT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Tim Morel, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Nabors Drilling, | ) | |
| | ) | Case No.  1:08-cv-108 |
| Defendant. | ) | |

Before the court is the Defendant's motion for attorneys David J. Quan and Elizabeth Mata Kroger to appear *pro hac vice* on its behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys David J. Quan and Elizabeth Mata Kroger have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline.  They have also paid the required admission fees to the office of the Clerk.  Accordingly, Defendant's motions (Docket Nos. 6 and 7) are **GRANTED**.  Attorneys David J. Quan and Elizabeth Mata Kroger are admitted to practice before this court in the above-entitled action on behalf of the Defendant.

**IT IS SO ORDERED.**

Dated this 11th day of February, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge