**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Tim Morel, | ) | |
| | ) | **ORDER GRANTING DEFENDANT'S** |
| Plaintiff, | ) | **MOTION TO COMPEL ARBITRATION** |
| | ) | **AND MOTION TO STAY** |
| vs. | ) | |
| | ) | Case No. 1:08-cv-108 |
| Nabors Drilling, | ) | |
| | ) | |
| Defendant. | ) | |

_____

Before the Court is the Defendant's "Motion to Compel Arbitration" filed on February 25, 2009. See Docket Nos. 11 and 12. On March 18, 2009, the Plaintiff filed a response in which he contested the motion to compel arbitration. See Docket No. 20. However, on April 7, 2009, the Plaintiff indicated his desire to proceed with arbitration. See Docket No. 21.

The plaintiff, Tim Morel, is a former employee of the defendant, Nabors Drilling. Morel began his employment with Nabors Drilling on or about October 8, 2007. Morel's employment relationship with Nabors Drilling was governed by the "Nabors Dispute Resolution Program" which provided that in the event of a dispute between Morel and Nabors Drilling, the matter would be submitted to an arbitrator. See Docket No. 11-2, ex. A. On October 8, 2007, Morel, by signing an employee acknowledgment form, acknowledged that he would be required "to adhere to the Dispute Resolution Program and its requirement for submission of disputes to a process that may include mediation and/or arbitration." See Docket No. 11-2, ex. B.

The parties agree that arbitration is appropriate in this matter. The Federal Arbitration Act requires a district court to stay proceedings if the court is "satisfied that the issue involved in such suit or proceeding is referable to arbitration." 9 U.S.C. § 3. The Court **GRANTS** the Defendant's

Motion to Compel Arbitration (Docket No. 11) and **GRANTS** the Defendant's Motion to Stay (Docket No. 12).

    **IT IS SO ORDERED**.

    Dated this 8th day of April, 2009.

                                                  */s/  Daniel L. Hovland*
                                                  Daniel L. Hovland, Chief Judge
                                                  United States District Court