**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Tim Morel, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Nabors Drilling, | ) | |
| | ) | Case No. 1:08-cv-108 |
| Defendant. | ) | |

_____

On April 8, 2009, the court entered an order granting the Defendant's Motion to Compel Arbitration. The court subsequently held status conference with the parties on July 31, 2009. Pursuant to its discussion with the parties, the Defendant shall update the court on the status of the parties' arbitration by October 1, 2009.

**IT IS SO ORDERED.**

Dated this 31st day of July, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge