IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Tim Morel, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Nabors Drilling, | ) | Case No. 1:08-cv-108 |
| | ) | |
| Defendant. | ) | |

_____

The court entered an order on April 8, 2009, granting the Defendant's Motion to Stay and Motion to Compel Arbitration. On October 1, 2009, the Defendant submitted a status report advising the court that the American Arbitration Associated had received the Plaintiff's demand for arbitration and that the parties were in the process of selecting an arbitrator.

Accordingly, the final pretrial conference is cancelled as is the bench trial scheduled for April 21, 2010.

**IT IS SO ORDERED.**

Dated this 9th day of November, 2009.

                                                  */s/ Charles S. Miller, Jr.*
                                                  Charles S. Miller, Jr.
                                                  United States Magistrate Judge