# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Tim Morel, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Nabors Drilling, | ) | |
| | ) | Case No. 1:08-cv-108 |
| Defendant. | ) | |

Plaintiff initiated the above-entitled action in December 2008. On February 25, 2009, defendant filed a motion to compel arbitration. On April 8, 2009, the court granted defendant's motion and stayed the above-entitled action. On April 12, 2010, plaintiff filed "Request to Move Case from Arbitration Back into District Court," On July 8, 2010, the court denied plaintiff's request without prejudice.

Defendant shall update the court on the status of the parties' arbitration by October 3, 2011.

**IT IS SO ORDERED.**

Dated this 29th day of August, 2011.

                                                        */s/ Charles S. Miller, Jr.*
                                                        Charles S. Miller, Jr., Magistrate Judge
                                                        United States District Court